COOK *v.* STATE OF INDIANA.

[No. 0-507. Filed April 6, 1959.]

*Elijah Cook, pro se.*

PER CURIAM—The paper "received" herein purports to be a belated appeal from a proceedings in error coram nobis. It lacks all the formalities of an appeal. Furthermore, there is no provision in our law for belated appeals from proceedings in error coram nobis. *Posey* v. *Murray* (1958), 237 Ind. 708, 148 N. E. 2d 426; *Harr* v. *State* (1957), 237 Ind. 320, 144 N. E. 2d 529, petition denied 237 Ind., 320, 145 N. E. 2d 657; 6 I. L. E., Coram Nobis, §41, p. 408.

The matter is therefore ordered stricken.

NOTE.—Reported in 157 N. E. 2d 287.